IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO._____9:26-cv-80170-AMC

KIM BROWN, and DIEGO LEWIS,
on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

GET LIQUID FUNDING, LLC,
    Defendant.
_____|

### SUMMONS IN A CIVIL ACTION

To:    GET LIQUID FUNDING, LLC
       c/o Registered Agent Jamie A. Dacosta
       2290 10th Ave N
       202
       Lake Worth, FL 33461

**A lawsuit has been filed against you.**

Within 21 days after service of this Summons on you (not counting the day you received it), — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiff an answer the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, **Gina M. Cadogan, Esq.**, whose address is **Cadogan Law, 1200 S. Pine Island Road, Suite 370, Plantation, FL 33324**.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Date:   Feb 19, 2026
_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
_____
Deputy Clerk
U.S. District Courts